IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MELISSA LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-00456-CV-W-DW |
| | ) | |
| MOLLE AUTOMOTIVE OF | ) | |
| KANSAS CITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Pursuant to the stipulation of the parties and Federal Rule 41(a)(1)(ii), the Court hereby ORDERS that this case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: October 4, 2006